# Court of Appeals
# of the State of Georgia

ATLANTA,⎯⎯August 14, 2012⎯⎯

*The Court of Appeals hereby passes the following order:*

## A12A2386.  RODNEY GARDNER v. RONNIX SHERRER.

Ronnix Sherrer sued Rodney Gardner in magistrate court and won a judgment against him.  Gardner appealed to state court, which entered judgment in Sherrer's favor in the amount of $6,000, plus court costs of $76.50.  Gardner then appealed directly to this Court.  We lack jurisdiction.

Because the state court's order disposed of a de novo appeal from a magistrate court decision, Gardner was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  A discretionary appeal is also required from a judgment of less than $10,000 in an action for damages.  See OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998).  Gardner's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/14/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ *, Clerk.*